IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CV 08 80 248 MISC

IN THE MATTER OF

Case No: C

**ORDER TO SHOW CAUSE**

Fernando Anthony Edwards - #181606

_____/

It appearing that Fernando Anthony Edwards has been enrolled as an inactive member of the State Bar of California pursuant to Section 6233 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California, effective October 6, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before December 30, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:



VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Fernando Anthony Edwards
Law Offices of F. Anthony Edwards
1850 Mt. Diablo Blvd., Suite 650
Walnut Creek, CA 94596