**FILED**

JAN 12 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                          No CV-08-80248 MISC VRW

Fernando Anthony Edwards,
                                           ORDER
    State Bar No 181606

_____/

    On December 1, 20008, the court issued an order to show cause (OSC) why Fernando Anthony Edwards should not be removed from the roll of attorneys authorized to practice law before this court, based on administrative enrollment by the State Bar pursuant to Section 6233 of the Business and Professions code as inactive, effective October 6, 2008.  The OSC was mailed to Mr Edwards' address of record with the State Bar.  No response to the OSC has been filed.

    The court now orders Fernando Anthony Edwards removed from the roll of attorneys authorized to practice before this court.  The clerk is directed to close the file.

    IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Fernando Anthony Edwards ,

_____/

Case Number: C 08-80248 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fernando Anthony Edwards
Law Offices of F Anthony Edwards
1850 Mt Diablo Blvd, Ste 650
Walnut Creek,   CA 94596

Dated: January 12, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*